# BOND SCHOENECK & KING

+1010 Franklin Avenue, Suite 200, Garden City, New York 11530
600 Third Avenue, 22nd Floor, New York, New York 10016
Barbara M. Maisto, Esq.
bmaisto@bsk.com
Tel: (516) 267-6342
Fax: (516) 267-6301

December 11, 2023

*VIA ECF*

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Pedro Johnson v. Rockland County BOCES, et al.**
**Case No. 21-CV-03375 (KMK)**

Your Honor:

This firm represents Rockland County BOCES ("Rockland BOCES") and its individual defendant employees Daniel Wilson ("Wilson") and Mary Jean Marsico ("Marsico") (collectively "Defendants"). With the consent of Plaintiff's counsel, joint request is respectfully made that the end date for fact depositions be extended to February 16, 2024 to account for the Holidays and extended time period allowed for Plaintiff to respond to discovery.

Fact depositions are to be completed by 1/22/24. No more extensions will be allowed.

So Ordered
12/12/23

Respectfully submitted,

*Barbara M Maisto*
Barbara Marissa Maisto

cc: Antoinette Williams, Esq.