*Law Office of*
*Antoinette L. Williams, LLC*
*P.O. Box 8556*
*Pelham, New York 10803*
*Tel: (914) 844-2937*
*Email: Williamslaw125@gmail.com*

February 5, 2024

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Pedro Johnson v. Rockland County Boces, etal.
      Case No.: 21-cv-03375

Dear Judge Karas:

I represent the Plaintiff in the above matter. Defense counsel has requested to depose the Plaintiff on February 23, 2024. I have confirmed that date and will produce my client on the agreed upon date. I have attempted to schedule the Defendant's depositions, however, last week defense counsel informed me via email that she is not producing the defendants for a deposition. She stated that the most recent extension is limited to only conducting the Plaintiff's deposition. I am prepared to conduct the depositions of both defendants prior to February 27, 2024. I am seeking the Court's assistance in scheduling the Defendants' depositions. Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*
Antoinette L. Williams

cc: Barbara Maisto, Esq. via email

Defendants are to respond to this letter by 2/7/24.

So Ordered.

*[signature]*

2/5/24