USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PEDRO JOHNSON,
           Plaintiff,

v.

ROCKLAND COUNTY BOCES and
DANIEL WILSON
           Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 3375 (VB)

At a conference held today and attended by counsel for both parties, the Court was informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED:

1. By **December 9, 2025**, defense counsel shall submit either a stipulation of dismissal or a further status report on settlement.

2. In the event the case does not settle, the Court will conduct a case management conference on **December 16, 2025, at 12:00 p.m.**

Dated: October 27, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge